BAP No.: 14-1030

UNITED STATES BANKRUPTCY APPELLATE PANEL

FOR THE NINTH CIRCUIT

MONICA HUJAZI,
Appellant,

v.

ANDREA A. WIRUM, CHAPTER 7, TRUSTEE,
Appellee

-oOo-

ON APPEAL FROM THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
HONORABLE HANNAH L. BLUMENSTIEL, PRESIDING
Case No.:11-33749 HLB

-oOo-

**APPELLANTS' EXCERPTS OF RECORD**
**VOLUME 1 OF 2**

BRADLEY KASS, ESQ. (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Ste 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax Number: (650) 579-0760
*kassoffice@sbcglobal.net*
Attorney for Appellant

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY APP PANEL
OF THE NINTH CIRCUIT

OCT 01 2014

FILED 10/1/14
DOCKETED 10/1/14
DATE    INITIAL

RECEIVED
SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

OCT 01 2014

FILED 10/1/14
DOCKETED 10/1/14 MS
DATE    INITIAL

BAP No.: 14-1030

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## FOR THE NINTH CIRCUIT

MONICA HUJAZI,
Appellant,

v.

ANDREA A. WIRUM, CHAPTER 7, TRUSTEE,
Appellee

-o0o-

ON APPEAL FROM THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
HONORABLE HANNAH L. BLUMENSTIEL, PRESIDING
Case No.:11-33749 HLB

-o0o-

## APPELLANTS' EXCERPTS OF RECORD
## VOLUME 2 OF 2

BRADLEY KASS, ESQ. (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Ste 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax Number: (650) 579-0760
*kassoffice@sbcglobal.net*
Attorney for Appellant

# TABLE OF CONTENTS

## VOLUME 2 OF 2

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|

1.  Chapter 13 Voluntary Petition, Fee Amount $274. Filed by North Oxford Bright Horizons Group. Order Meeting of Creditors due by 11/16/2011. Chapter 13 Plan due by 10/31/2011 ...............Vol. 1, 1
    *Filed 10/17/11          Court Docket no. 1*

2.  Amended Voluntary Petition. ...............Vol. 1, 2-4
    *Filed 10/17/11          Court Docket no. 2*

3.  Order To File Required Documents and Notice Regarding Dismissal.....Vol. 1, 5-6
    *Filed 10/19/11          Court Docket no. 4*

4.  Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines...............Vol. 1, 7-9
    *Filed 10/19/11          Court Docket no. 5*

5.  Motion for Relief from Stay RS #BRL-274, Fee Amount $150,, or in the alternative Motion for Adequate Protection Filed by Creditor Abra Management, Inc...............Vol. 1, 10-43
    *Filed 10/27/11          Court Docket no. 9*

6.  Notice of Hearing (RE: related document(s)9 Motion for Relief from Stay RS #BRL-274, Fee Amount $150,, or in the alternative Motion for Adequate Protection Filed by Creditor Abra Management, Inc.). Hearing scheduled for 11/14/2011 at 01:00 PM at San Francisco Courtroom 23 - Carlson. Filed by Creditor Abra Management, Inc........ ...............Vol. 1, 44-45
    *Filed 10/27/11          Court Docket no. 10*

7.  Certificate of Service (RE: related document(s)9 Motion for Relief From Stay, Motion for Adequate Protection, 10 Notice of Hearing). Filed by Creditor Abra Management, Inc...............Vol. 1, 46-47
    *Filed 10/27/11          Court Docket no. 11*

8.  Document: Request of Chapter 7 Trustee that Case Not Be Dismissed Automatically. Filed by Trustee Andrea A. Wirum...............Vol. 1, 48-51
    *Filed 11/02/11          Court Docket no. 13*

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 9. | Brief/Memorandum in Opposition to Motion for Relief from Stay.....Vol. 1, 52-55<br>*Filed 11/08/11*  *Court Docket no. 14* | |
| 10. | Notice Regarding Termination of Representation Filed by Debtor North Oxford Bright Horizons Group LLC............Vol. 1, 56<br>*Filed 11/10/11*  *Court Docket no. 15* | |
| 11. | Declaration of Chandra Gehri in Opposition to Motion for Order Terminating Automatic Stay............Vol. 1, 57-92<br>*Filed 11/28/11*  *Court Docket no. 18* | |
| 12. | Motion for Sale of Property and Payment of Real Estate Commission Filed by Trustee Andrea A. Wirum............Vol. 1, 93-96<br>*Filed 01/03/12*  *Court Docket no. 23* | |
| 13. | Notice and Opportunity for Hearing of Sale of Real Property, Payment of Real Estate Commission, and Opportunity for Overbid............Vol. 1, 97-101<br>*Filed 01/03/12*  *Court Docket no. 24* | |
| 14. | Brief/Memorandum in Opposition to (RE: related document(s)23 Motion for Sale of Property). Filed by stockholders Zuercher Trust Of 199............Vol. 1, 102-108<br>*Filed 01/24/12*  *Court Docket no. 31* | |
| 15. | Declaration of Monica Hujazi in Support of (RE: related document(s)31 Opposition Brief/Memorandum). Filed by stockholders Zuercher Trust Of 1999............Vol. 1, 109-112<br>*Filed 01/24/12*  *Court Docket no. 32* | |
| 16. | Notice of Hearing on Objection to Sale (RE: related document(s)23 Motion for Sale of Property and Payment of Real Estate Commission Filed by Trustee Andrea A. Wirum). Hearing scheduled for 2/13/2012 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee Andrea A. Wirum............Vol. 113-115<br>*Filed 02/06/12*  *Court Docket no. 36* | |
| 17. | Reply to Objection to Sale (RE: related document(s)24 Opportunity for Hearing). Filed by Trustee Andrea A. Wirum............Vol. 1, 116-232<br>*Filed 02/07/12*  *Court Docket no. 37* | |
| 18. | Order After Hearing ............Vol. 1, 233-234<br>*Filed 02/22/12*  *Court Docket no. 39* | |

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 19. | Request for Entry of Default Re: Request for Entry of Order Authorizing Sale of Real Property (RE: related document(s)23 Motion for Sale of Property). Filed by Trustee Andrea A. Wirum.................................................................Vol. 1, 235-243 | |
| | *Filed 03/30/12          Court Docket no. 41* | |
| 20. | Request for Entry of Default Re: Request for Entry of Order Authorizing Sale of Real Property (RE: related document(s)23 Motion for Sale of Property). Filed by Trustee Andrea A. Wirum.................................................................Vol. 1, 244-252 | |
| | *Filed 04/13/12          Court Docket no. 42* | |
| 21. | Order Authorizing Sale of Real Property (RE: related document(s)42 Request For Entry of Default filed by Trustee Andrea A. Wirum).......................Vol. 1, 253-254 | |
| | *Filed 04/23/12          Court Docket no. 43* | |
| 22. | Withdrawal of Documents (RE: related document(s)9 Motion for Relief From Stay, Motion for Adequate Protection). Filed by Creditor Abra Management, Inc. ........................................................................................................Vol. 1, 255-257 | |
| | *Filed 05/09/12          Court Docket no. 47* | |
| 23. | Motion for Order Authorizing Distribution of Surplus Funds Filed by Trustee Andrea A. Wirum........................................................................Vol. 1, 258-261 | |
| | *Filed 06/07/12          Court Docket no. 51* | |
| 24. | Notice and Opportunity for Hearing of Trustee's Intent to Distribute Surplus Funds (RE: related document(s)51 Motion for Order Authorizing Distribution of Surplus Funds Filed by Trustee Andrea A. Wirum). Filed by Trustee Andrea A. Wirum........................................................................................................Vol. 1, 262-266 | |
| | *Filed 06/07/12          Court Docket no. 52* | |
| 25. | Expedited Notice of Hearing (RE: related document(s)51 Motion for Order Authorizing Distribution of Surplus Funds Filed by Trustee Andrea A. Wirum). Hearing scheduled for 6/13/2012 at 09:15 AM at San Francisco Courtroom 23 - Carlson. Filed by Debtor North Oxford Bright Horizons Group LLC................................................................................................Vol. 1, 267-268 | |
| | *Filed 06/11/12          Court Docket no. 55* | |
| 26. | Declaration of Andrea A. Wirum.....................................Vol. 1, 269-272 | |
| | *Filed 06/12/12          Court Docket no. 58* | |
| 27. | Order Authorizing Distribution of Surplus Funds............................Vol. 1, 273-274 | |
| | *Filed 06/12/12          Court Docket no. 60* | |

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 28. | First Application for Compensation and Expense Reimbursement for Charles P. Maher, Trustee's Attorney, Fee: $51,140.50, Expenses: $540.90. Filed by Attorney Charles P. Maher | Vol. 1, 275-331 |
| | *Filed 06/28/12*     *Court Docket no. 66* | |
| 29. | Notice of Hearing of Interim Application for Compensation and Expense Reimbursement (RE: related document(s)66 First Application for Compensation and Expense Reimbursement for Charles P. Maher, Trustee's Attorney, Fee: $51,140.50, Expenses: $540.90. Filed by Attorney Charles P. Maher). Hearing scheduled for 7/23/2012 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee Andrea A. Wirum | Vol. 1, 332-335 |
| | *Filed 06/28/12*     *Court Docket no. 67* | |
| 30. | Order Approving First Application for Interim Compensation and Expense Reimbursement (Related Doc # 66). fees awarded: $51140.50, expenses awarded: $540.90 for Charles P. Maher | Vol. 1, 336 |
| | *Filed 07/25/12*     *Court Docket no. 70* | |
| 31. | Second Application for Compensation and Expense Reimbursement for Charles P. Maher, Trustee's Attorney, Fee: $17,004.00, Expenses: $264.72. Filed by Attorney Charles P. Maher | Vol. 1, 337-370 |
| | *Filed 11/09/12*     *Court Docket no. 75* | |
| 32. | Notice of Hearing of Interim Application for Compensation and Expense Reimbursement by Counsel for Trustee | Vol. 1, 371-375 |
| | *Filed 11/09/12*     *Court Docket no. 76* | |
| 33. | Motion for Order Authorizing Agreement Regarding Claim and Disposition of Asset Filed by Trustee Andrea A. Wirum | Vol. 1, 376-380 |
| | *Filed 11/29/12*     *Court Docket no. 77* | |
| 34. | Notice and Opportunity for Hearing of Agreement Regarding Claim and Disposition of Asset | Vol. 1, 381-388 |
| | *Filed 11/29/12*     *Court Docket no. 78* | |
| 35. | Order Granting Application For Compensation | Vol. 1, 389 |
| | *Filed 12/03/12*     *Court Docket no. 80* | |
| 36. | Request for Entry of Default Re: Request for Entry of Order Authorizing Agreement and Disposition of Asset | Vol. 1, 390-407 |
| | *Filed 12/21/12*     *Court Docket no. 81* | |

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 37. | Order Authorizing Agreement And Disposition Of Asset<br>*Filed 12/21/12         Court Docket no. 82* | Vol. 1, 408-411 |
| 38. | Final Application for Compensation and Expense Reimbursement for Charles P. Maher, Trustee's Attorney, Fee: $6,356.00, Expenses: $145.36. Filed by Attorney Charles P. Maher<br>*Filed 01/15/13         Court Docket no. 84* | Vol. 1, 412-439 |
| 39. | Application for Compensation for Richard L. Pierotti, Trustee's Accountant, Fee: $3,456.00, Expenses: $55.23. Filed by Trustee Accountant Richard L. Pierotti<br>*Filed 02/07/13         Court Docket no. 87* | Vol. 1, 440-458 |
| 40. | Third Amended Application for Compensation and Expense Reimbursement for Charles P. Maher, Trustee's Attorney, Fee: $8,948.00, Expenses: $168.26. Filed by Attorney Charles P. Maher<br>*Filed 02/13/13         Court Docket no. 88* | Vol. 1, 459-489 |
| 41. | Chapter 7 Trustee's Final Report filed on behalf of Trustee Andrea A. Wirum. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by Trustee Andrea A. Wirum<br>*Filed 06/28/13         Court Docket no. 92* | Vol. 2, 490-500 |
| 42. | Application for Compensation for Andrea A. Wirum, Trustee Chapter 7, Fee: $55863.09, Expenses: $90.32. The UST has reviewed the Application for Compensation of the trustee and submitted to the U.S. Bankruptcy Court for filing. Filed by Trustee Andrea A. Wirum<br>*Filed 07/01/13         Court Docket no. 93* | Vol. 2, 501-537 |
| 43. | Notice of Filing of Trustee's Final Report. Filed by Trustee Andrea A. Wirum.<br>*Filed 07/01/13         Court Docket no. 94* | Vol. 2, 538-543 |
| 44. | Notice of Hearing on Trustee's Final Application(s) for Compensation. Final Meeting scheduled for 8/1/2013 at 10:00 AM at San Francisco Courtroom 23 - Blumenstiel. Filed by Trustee Andrea A. Wirum<br>*Filed 07/01/13         Court Docket no. 95* | Vol. 2, 544-545 |
| 45. | Declaration of Charles P. Maher in Support of Third and Final Fee Application<br>*Filed 07/25/13         Court Docket no. 99* | Vol. 2, 546-554 |

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 46. | Objection to Application ...................................................Vol. 2, 555-560 | |
| | *Filed 07/25/13*      *Court Docket no. 100* | |
| 47. | Withdrawal of Documents : Withdrawal of Declaration re Counsel's Fees ........................................................................................Vol. 2, 561-563 | |
| | *Filed 07/26/13*      *Court Docket no. 101* | |
| 48. | Reply to Objection to Final Report and Applications for Compensation ........................................................................................Vol. 2, 564-765 | |
| | *Filed 07/29/13*      *Court Docket no. 102* | |
| 49. | Declaration of Charles P. Maher in Support of Estimated Additional Fees ........................................................................................Vol. 2, 766-767 | |
| | *Filed 07/30/13*      *Court Docket no. 103* | |
| 50. | Tentative Ruling Approving Trustee's Final Report and Final Applications For Compensation.................................................................Vol. 2, 768-772 | |
| | *Filed 07/31/13*      *Court Docket no. 104* | |
| 51. | Order Granting Application For Compensation (Related Doc # 87). fees awarded: $3456.00, expenses awarded: $55.23 for Richard L. Pierotti (rw)...Vol. 2, 773-774 | |
| | *Filed 08/01/13*      *Court Docket no. 106* | |
| 52. | Order Granting Application For Compensation.............................Vol. 2, 775-776 | |
| | *Filed 08/01/13*      *Court Docket no. 107* | |
| 53. | Order Granting Application For Compensation (Related Doc # 93). fees awarded: $55863.09, expenses awarded: $90.32 for Andrea A. Wirum (rw)........................................................................................Vol. 2, 777-778 | |
| | *Filed 08/05/13*      *Court Docket no. 109* | |
| 54. | Chapter 7 Trustee's Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged filed on behalf of Trustee, Andrea Wirum. The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged. The United States Trustee does not object to the relief requested. Filed by Trustee Andrea A. Wirum...Vol. 2, 779-787 | |
| | *Filed 12/23/13*      *Court Docket no. 110* | |
| 55. | Final Decree (rw)..............................................................Vol. 2, 788-789 | |
| | *Filed 12/27/13*      *Court Docket no. 111* | |

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 56. | Ex Parte Motion *Ex-parte Motion by Debtor to Set Aside the Final Decree Entered on December 27, 2014* Filed by Debtor North Oxford Bright Horizons Group LLC (Kass, Bradley)NOTE: Attorney indicated incorrect year re date of entry of final decree, should be December 27, 2013. Modified on 1/6/2014 (ac). (Entered: 01/03/2014)..................................................................Vol. 2, 790-792 | |
| | *Filed 01/03/14*   *Court Docket no. 113* | |
| 57. | Ex Parte Motion Ex-parte Motion by Monica Hujazi to Set Aside the Final Decree Entered on December 27, 2014; and Notice of Withdrawal of Prior Ex-parte on Behalf of Debtor. Filed by Interested Party Monica Hujazi (Kass, Bradley)......... .........................................................................................................Vol. 2, 793-796 | |
| | *Filed 01/07/14*   *Court Docket no. 114* | |
| 58. | Ex Parte Motion to Reopen Chapter 7 Case Ex-parte Motion by Monica Hujazi to Reopen Case; and Corrected Ex-parte Motion to Set Aside the Final Decree Entered on December 27, 2013. Fee Amount $260 Filed by Interested Party Monica Hujazi (Kass, Bradley).......................................................Vol. 2, 797-801 | |
| | *Filed 01/08/14*   *Court Docket no. 115* | |
| 59. | Response *to Application to Set Aside Final Decree* (RE: related document(s) Motion Miscellaneous Relief). Filed by Trustee Andrea A. Wirum (Maher, Charles) (Entered: 01/08/2014).........................................................Vol. 2, 802-822 | |
| | *Filed 01/08/14*   *Court Docket no. 116* | |
| 60. | Notice of Appeal to BAP , Fee Amount $ 298. (RE: related document(s)111 Final Decree). Appellant Designation due by 01/24/2014. Transmission to BAP due by 01/13/2014. Filed by Interested Party Monica Hujazi (Kass, Bradley)................................................................................................Vol. 2, 823-825 | |
| | *Filed 01/10/14*   *Court Docket no. 117* | |
| 61. | Statement of Issues on Appeal,, Appellant Designation of Contents For Inclusion in Record On Appeal ; And Notice Re: Ordering of Transcript(s) (RE: related document(s)117 Notice of Appeal filed by Interested Party Monica Hujazi). Appellee designation due by 03/4/2014. Filed by Interested Party Monica Hujazi (Kass, Bradley) Modified on 2/19/2014 (rw)....................................Vol. 2, 826-842 | |
| | *Filed 02/18/14*   *Court Docket no. 122* | |

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|

62. Transcript regarding Hearing Held 8-1-13 RE: Notice of Hearing on Trustee's Final Application for Compensation, Fee Applications (McKenna) (Kokjer). ..................................................................................................Vol. 2, 843-853

   *Filed 03/22/14*   *Court Docket no. 126*

63. Transcript regarding Hearing Held 6-13-12 RE: 1. Motion for Distribution; 2. Motion for Order Authorizing Distribution of Surplus Funds Filed by Andrea Wirum..............................................................................................Vol. 2, 854-861

   *Filed 03/22/14*   *Court Docket no. 127*

64. Transcript regarding Hearing Held 02/13/12 RE: objection to the motion for sale of property and payment of sale commission...................................Vol. 2, 862-871

   *Filed 04/07/14*   *Court Docket no. 129*

65. Transcript regarding Hearing Held 12/03/12 RE: application for compensation filed by trustee Andrea Wirum.......................................................Vol. 2, 872-874

   *Filed 04/07/14*   *Court Docket no. 130*

66. PDF with attached Audio File. Court Date & Time [ 5/1/2014 10:16:02 AM ]. File Size [ 2940 KB ]. Run Time [ 00:12:15 ]. (admin). **(Audio not Included)**..............
   ....................................................................................................Vol. 2, 875-887

   *Filed 05/01/14*   *Court Docket Entry. 140*

67. Order Denying Motion To Reopen Chapter 7 Case and Set Aside Final Decree
   ....................................................................................................Vol. 2, 888–889

   *Filed 05/02/14*   *Court Docket no. 141*

| Tab No. | Document | Vol., Pge. No. |
|---|---|---|
| 68. | Order Re Motion To Reopen. Within 7 days of the entry of this order, counsel for Movant shall upload a proposed order reopening this case to permit the Court to consider Movants request to vacate the final decree. Upon entry of an order reopening the case, Movant shall immediately notice a hearing to be held on May 1, 2014 at 10:00 a.m. for consideration of Movants request to vacate the final decree. Movants failure to comply with the terms of this order will result in denial of the Motion.(ac) (Entered: 04/17/2014) | Vol. 2, 890-894 |
| | *Filed 04/16/2014*      *Court Docket no. 135* | |
| 69. | Order On Ex Parte Motion By Monica Hujazi To Reopen Case; And Corrected Ex-Parte Motion To Set Aside The Final Decree Entered On December 27, 2013 (rw). Related document(s) Ex Parte Motion to Reopen Chapter 7 Case *Ex-parte Motion by Monica Hujazi to Reopen Case; and Corrected Ex-parte Motion to Set Aside the Final Decree Entered on December 27, 2013*. Fee Amount $260 filed by Interested Party Monica Hujazi. (Entered: 04/28/2014) | Vol. 2, 895-898 |
| | *Filed 04/24/14*      *Court Docket no. 137* | |